FILED

UNITED STATES DISTRICT COURT

2003 OCT 28 P 12: 23

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EARL BATES,<br>*Plaintiff,* | : | PRISONER<br>CIVIL NO3:02CV974(AVC)(TPS) |
| v. | : | |
| WARDEN MYERS ET AL,<br>*Defendant.* | : | OCTOBER 28, 2003 |

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE SUMMARY JUDGMENT MOTION

Pursuant to D. Conn. L. Civ. R. 7(b), the defendants Larry Myers and William Faneuff respectfully move for a sixty day enlargement of time to move for summary judgment in this case. Defense counsel recently filed 2 briefs with the Connecticut Appellate Court and two briefs with the Connecticut Supreme Court. In addition, she is counsel on the matter Office of Protection and Advocacy v. Choinski et al 3:03CV1352. There have been several meetings between counsel in this matter and it is taking a lot of defense counsel's time.

In addition, she is responsible for approximately 140 other matters which are pending before the federal courts, state courts and the Office of the Claims Commissioner.

Finally, defendants anticipate moving for summary judgment on res judicata and qualified immunity grounds.

Wherefore, all the foregoing reasons, defendants seek an enlargement of time until December 26, 2003 to move for summary judgment in this matter.

DEFENDANTS

Warden Myers et al

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:     Ann E. Lynch
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
Federal Bar No. Ct#08326
E-mail: ann.lynch@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this ___ day of October, 2003, first class postage prepaid, to:

Earl Bates, #179696
Garner Correctional Institution
50 Nunnawauk Road
P.O. Box 5500
Newtown CT 06470

Ann E. Lynch
Assistant Attorney General