UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN -7  A 11: ?
U.S. DISTRICT COURT
HARTFORD, CT.

EARL BATES

v.

WARDEN MYERS, et al.

Case No.   PRISONER
3:02CV974 (AVC) (TPS)

### RULING AND ORDER

The defendants seek an extension of time to file a motion for summary judgment. The first Motion [doc. # 21] is GRANTED nunc pro tunc. The second Motion [doc. # 22] is GRANTED. The defendants shall file their motion for summary judgment on or before February 10, 2004.

SO ORDERED in Hartford, Connecticut, this 7th of January, 2004.

_____
Thomas P. Smith
United States Magistrate Judge