UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 FEB -2  P 4: 35
US DISTRICT
BRIDGEPORT

| | | |
|---|---|---|
| EARL BATES<br>*Plaintiff,* | : | PRISONER<br>CIVIL NO. 3:02CV974(AVC)(TPS) |
| VS. | : | |
| WARDEN MYERS, ET AL.<br>*Defendants.* | : | JANUARY 30, 2004 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and D.Conn. L. Rule 56, the defendants respectfully move for summary judgment in this mater.

First, plaintiffs' claims for money damages against defendants in their official capacities are barred by the Eleventh Amendment. Second, plaintiff had previously filed a claim with the State of Connecticut Claims Commissioner alleging that he was denied recreation during time periods that overlap in part with the time periods at issue in this case. Plaintiff withdrew this claim pursuant to a settlement agreement and thus res judicata bars this action. Moreover, in his December 2000 release, plaintiff received monetary compensation and a monthly telephone call to his mother. In return, he agreed to release the State of Connecticut from all claims he had up until the date of the release, December 2000. Thus, his settlement constitutes an accord and satisfaction.

Fourth, as a matter of law, having plaintiff recreate in handcuffs and leg irons during the operative time periods at issue cannot constitute an eighth amendment violation given plaintiff's egregious behavior. At a minimum, defendants are entitled to qualified immunity on plaintiff's claims. Moreoever, plaintiff did not suffer an actual physical injury and thus cannot pursue his claims under the prison litigation reform act.

Finally, plaintiff failed to exhaust his administrative remedies as he failed to file a Level 2 grievance regarding the recreation policy.

In further support of this motion, defendants submit the attached statement of material facts not in dispute, affidavits, exhibits and memorandum of law to which the court is respectfully referred

DEFENDANTS,
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Ann E. Lynch
Assistant Attorney General
Federal Bar No. ct08326
110 Sherman Street
Hartford, CT  06105
Telephone No.: (860) 808-5450
Fax No. (860) 808-5591
E-mail: ann.lynch@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid this 30 day of January 2004, to:

Earl Bates, Inmate No. 179696
Garner Correctional Institution
50 Nunnawauk Road
Newtown, Ct  06470

_____
Ann E. Lynch
Assistant Attorney General