UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 FEB -3  P 3: 38

| | | |
|---|---|---|
| EARL BATES<br>*Plaintiff,* | : | PRISONER<br>CIVIL NO. 3:02CV974(AVC)(TPS) |
| VS. | : | |
| WARDEN MYERS, ET AL.<br>*Defendants.* | : | JANUARY 6, 2004 |

### AFFIDAVIT OF ROBYN DIGENNARO

The undersigned, being duly sworn, hereby deposes and says:

1). I am over the age of eighteen years and believe in the obligations of an oath.

2). I am currently the grievance coordinator at the Northern Correctional Institution. One of my duties as the grievance coordinator is to maintain the files of all grievances filed by inmates at the Northern Correctional Institution.

3). I have searched my files for all grievances filed by inmate Earl Bates, inmate number 179696, after December 15, 2000 up to November 27, 2002, the date Mr. Bates was transferred to the Garner Correctional Institution.

4). The only grievance I found, which was filed by Mr. Bates between December 15, 2000 and November 27, 2002, and which challenged the fact that he recreated in restraints was a grievance dated April 15, 2002 which is attached hereto. This grievance was denied on May 3, 2002. According to my records, Mr. Bates never appealed the denial of the grievance to Level II, the next level available to him.

Robyn DiGennaro
Subscribed to and sworn to before me
This 27 day of January 2004

Notary Public/Commissioner of Superior Court

MARK R. SUSE
NOTARY PUBLIC
MY COMMISSION EXPIRES 03/31/2007

DEFENDANTS,
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Ann E. Lynch
Assistant Attorney General
Federal Bar No. ct08326
110 Sherman Street
Hartford, CT 06105
Telephone No.: (860) 808-5450
Fax No. (860) 808-5591
E-mail: ann.lynch@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid this 3rd day of February 2004, to:

Earl Bates, Inmate No. 179696
Garner Correctional Institution
50 Nunnawauk Road
P.O. Box 5500
Newtown, Ct 06470

_____
Ann E. Lynch
Assistant Attorney General

Case 3:02-cv-00974-AVC   Document 25   Filed 02/03/2004   Page 3 of 4

# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 9601A
7-1-98

Inmate name: Earl Bates    Inmate No. 129696
Facility: Northern C.I.    Housing unit: 1West 212    Date: 4-15-02

[X] Line grievance  [ ] Line emergency  [ ] Health grievance  [ ] Health emergency

**1. Informal resolution.** Attach a copy of Inmate Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

I have written to numerous correction officials complaining about the inappropriate actions that are being initiated by unit officers. As of the date of this line grievance, my concerns have not been answered. (Warden Myers, Maj. Lajoice, an Capt. Butler.) see attach request

**2. Nature of grievance.** Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8-1/2-by-11-inch sheet of paper and attach it to this form.)

On the dates of 2-11-02, 3-26-02, an 4-15-02 I have been denied one hour of recreation by unit correctional officers. Unit officers in cohesion with each other are denying me an other prisoners their one hour of recreation for personal purposes without penalogical justifiable reasons. Unit correctional officers are denying me an specific amount of prisoners there recreation, because it is a alot of hard work in applying all of the restraints of handcuffs, leg irons, an a tether chain to numerous inmates/prisoners inorder to go to recreation ⇒ over

**3. Action requested.** Describe what action you want taken to remedy the grievance.

I would like my one hour of exercise when I sign up for it. I would like unit correctional officers to stop there inappropriate actions in denying me my recreation. I would like unit officers to follow unit policies an procedures in performing there duties

Inmate signature: Earl Bates

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

### FOR OFFICIAL USE ONLY. LEVEL 1 REVIEW

IGP no. 141-02-236    T no.
Date received: APR 2 2 2002    Disposition: denied    Date of disposition: 5/3/02
Grievance issue: Re: Unit Policy/Procedure

Reasons: Captain Butler has addressed your issue. You must take recreation when it iws offered to you. If you refuse to take recreation when you are asked, you cannot change your mind at a later time.

Level-1 reviewer: Thomas Coates   5/3/02



RICHARD BLUMENTHAL
ATTORNEY GENERAL

MacKenzie Hall
110 Sherman (860) 808-5450
Hartford, CT Fax (860) 808-5591

Office of The Attorney General
## State of Connecticut

February 2, 2004

Clerk
United States District Court
915 Lafayette Boulevard
Bridgeport Ct 06604

FEB 0 3 2004

RE: BATES V. MYERS, PRISONER 3:02CV974 (AVC)(TPS)

Dear Sir/Madam:

On or about January 30, 2004, defendants filed a motion for summary judgment. Attached to the motion was a faxed copy of Robyn Digennaro's affidavit. In the statement of material facts not in dispute, I represented the original, signed affidavit would be filed with the court upon my receipt of same.

In accordance with that representation, please place the attached original affidavit of Ms Digennaro in the court file.

By copy of this letter, inmate Bates is getting a copy of said affidavit.

Very truly yours,

Ann E. Lynch
Assistant Attorney General
Federal Bar No. ct08326
110 Sherman Street
Hartford, CT 06105
Telephone: (860) 808-5450
Facsimile: (860) 808-5591
E-mail: ann.lynch@po.state.ct.us

Cc: Earl Bates
#179696
Garner Correctional Institution
50 Nunnawauk Road
P.O. Box 5500
Newtown Ct 06470