UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

EARL BATES

v.

WARDEN MYERS

PRISONER
CIVIL NO. 3:02cv974 (AVC)(TPS)

## J U D G M E N T

This cause came on for consideration on cross motions for summary judgment before the Honorable Alfred V. Covello, Chief Judge, United States District Court.

The Court has considered both motions and all the related papers. On August 5, 2004, the Court filed its Ruling on Cross Motions for Summary Judgment granting the defendant's motion and denying the plaintiff's motion.

Therefore it is **ORDERED** and **ADJUDGED** that summary judgment is entered in favor of the defendant and the case is closed.

Dated at Bridgeport, Connecticut this 12th day of August, 2004.

KEVIN F. ROWE, Clerk

By  /s/ Donna P. Thomas

Donna P. Thomas
Deputy Clerk

Entered on the Docket _____